IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Lakenyata Maxwell,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>Housing Authority, *also known as Columbia Housing Authority*; Candice Tollison; Laquile Bracey; Deana Mills; Barry Hall; Southern Development Management Company; and Ashley Lewis,<br><br>　　　　　　　Defendants. | Civil Action No. 3:23-6948-CMC<br><br>**ORDER** |

　　This matter is before the court on Plaintiff's motion for a temporary restraining order and expedited hearing. ECF No. 157. In accordance with 28 U.S.C. § 636(b) and District of South Carolina Local Civil Rule 73.02(B)(2)(e), this matter was referred to United States Magistrate Judge Paige J. Gossett for pretrial proceedings.

　　On March 14, 2025, the Magistrate Judge issued a Report and Recommendation ("Report") recommending the court deny Plaintiff's motion. ECF No. 160. The Report advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if she failed to do so. *Id.* at 4. To date, Plaintiff has not filed any objections, and the time to do so has passed.

　　The Magistrate Judge makes only a recommendation to the court. That recommendation carries no "presumptive weight," and the responsibility for making a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court reviews de novo "those portions of the [R]eport . . . to which objection is made" and "may accept, reject, or modify, in

whole or in part, the findings or recommendations made by the [M]agistrate [J]udge" or "recommit the matter . . . with instructions." 28 U.S.C. § 636(b)(1). In the absence of specific objections, the court reviews only for clear error, *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005), and need not give any explanation for adopting the Report, *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

After reviewing the record, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error. Accordingly, the court adopts the Report by reference in this Order. Plaintiff's motion for a temporary restraining order and expedited hearing (ECF No. 157) is denied. This case is recommitted to Magistrate Judge Gossett for further pretrial proceedings.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie  
CAMERON MCGOWAN CURRIE  
Senior United States District Judge

Columbia, South Carolina  
April 8, 2025